[No. 11954-8-III.   Division Three.   March 11, 1993.]

LEWIS REICHERT, *Respondent*, v. FRANCES FORD,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 91-9-01478-3, Robert D. Austin, J., entered October 9, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11895-9-III.   Division Three.   March 11, 1993.]

ROBERT BLANGERS, *as Personal Respresentative,
Appellant*, v. ROCKWOOD CLINIC, ET AL,
*Defendants*, REX T. HOFFMEISTER,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 85-2-02618-1, Michael E. Donohue, J., entered September 24, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Edgerton, J. Pro Tem.

[No. 28822-9-I.   Division One.   March 15, 1993.]

ROBERT L. STEIL, *Appellant*, v. THE CITY OF SEATTLE,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-19510-4, William L. Downing, J., entered June 13, 1991. *Reversed* by unpublished opinion per Baker, J., concurred in by Scholfield and Agid, JJ.